In the Matter of TYRONE HOLMAN, Petitioner, v JO ANN FERDINAND, Respondent. [643 NYS2d 409]

A proceeding pursuant to CPLR article 78 does not lie to review an order denying the branch of a defendant's omnibus motion which is to suppress identification testimony (see, CPL 460.10 [1] [a]; Matter of Bull v Owens, 191 AD2d 692, 693; Matter of Hennessy v Gorman, 58 NY2d 806, 807). Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.